DANIEL A. CROLEY (154386)
FUTTERMAN & DUPREE LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
dan@dfdlaw.com

*Attorneys for Plaintiff*
*Geller International, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GELLER INTERNATIONAL, INC. | Case No. 07-05159 MMC |
| Plaintiff, | **PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND FOR EXPEDITED DISCOVERY AND AN ORDER TO SHOW CAUSE REGARDING A PRELIMINARY INJUNCTION** |
| v. | |
| HITOSHI NISHIKAWA, and ASIA INTERNATIONAL, INC. | |
| Defendants. | |
| | **(Civil L.R. 7-10; 65-1)** |

Plaintiff moves for a temporary restraining order ("TRO"). Considering the moving memoranda, Plaintiff's application for a TRO should be granted whereby Defendants are:

1) enjoined from deleting or destroying or permitting anyone to delete or destroy any electronic files or folders under the e-mail address of hitoshinishikawa@sbcglobal.net.

2) enjoined from disclosing the content of any data taken from Plaintiff, including but not limited to from Geller-issued laptop computer. Defendants are enjoined

1

1  from transferring, sending or transmitting any files or electronic information belonging to Plaintiff.

3) enjoined from, directly or indirectly, using or disclosing any and all of Plaintiff's supplier, vendor and pricing information that he has in his possession or control.

4) directed to immediately return to Geller all electronic data (plus any hardcopies) from any device, including but not limited to from the Geller-issued laptop and not to access such data at any time in the future.

5) directed to provide within 5 days all electronic devices he uses or has used in connection with performing work to Steve Walker to quantify and remove all Geller data at Defendants' expense.

6) Defendants and any other acting in concert with either of them are enjoined from, directly or indirectly, using or disclosing any and all confidential information regarding Plaintiff's customers or suppliers that Nishikawa obtained during the course of his relationship with Geller. Nothing in this Order shall preclude the Defendants from using or disclosing publicly available information regarding food customers.

7) Geller may serve upon SBC or its affiliate a subpoena for production of all of Defendant Nishikawa for all of his accounts, including but not limited to for the address hitoshinishikawa@sbcglobal.net.

8) Directed not to solicit any Geller customer unless any Defendant first shows the court that any Defendant had done substantial business with such customer before Nishikawa began working at Geller and said proof shall be submitted under seal so as not to disclose Geller customers' identities.

9) Further, nothing in this Order shall preclude the employee Defendants from soliciting business from customers of Plaintiff as long as the employee or agents of Defendants do not use or disclose Plaintiff's confidential information while doing so; provided, they also comply with Paragraphs 2, 3 and 8), above.

1  Plaintiff further requests expedited discovery of evidence related to this action against
2  Defendants and all those acting in concert with him, including but not limited to written
3  discovery to be responded to in five days and up to three depositions per side that may commence
4  immediately.

5  Dated: October 9, 2007

FUTTERMAN & DUPREE LLP

DANIEL A. CROLEY (154386)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
dan@dfdlaw.com

*Attorneys for Plaintiff*
GELLER INTERNATIONAL, INC.