1  DANIEL A. CROLEY (154386)
   FUTTERMAN & DUPREE LLP
2  160 Sansome Street, 17th Floor
   San Francisco, CA 94104
3  Telephone: (415) 399-3840
   Facsimile: (415) 399-3838
4  dan@dfdlaw.com

5  *Attorneys for Plaintiff*
   *Geller International, Inc*

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 | GELLER INTERNATIONAL, INC.,        | Case No. 07-05159 MMC
12 |                    Plaintiff,       |
13 |       v.                            | **DECLARATION OF JOE ROSA IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**
14 | HITOSHI NISHIKAWA, and ASIA         |
   | INTERNATIONAL, INC.,                |
15 |                                     |
   |                    Defendants.      |
16

DANIEL A. CROLEY (154386)
FUTTERMAN & DUPREE LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
dan@dfdlaw.com

*Attorneys for Plaintiff*
*Geller International, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GELLER INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HITOSHI NISHIKAWA, and ASIA INTERNATIONAL, INC., <br><br> Defendants. | Case No. 07-05159 MMC <br><br> **DECLARATION OF JOE ROSA IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, JOE ROSA, declare:

1. I am the General Manager of Mohawk Packing Company ("Mohawk") and have been employed by Mohawk since about eight years. Based on my role with Mohawk, I have personal knowledge of the facts set forth below and, if called as a witness, could testify competently to them.

2. Mohawk offers specialty meats, including but not limited to corned beef and smoked and sugar cured meats.

3. Mohawk has done business with Geller International ("Geller") for several years. A typical order that Geller might place would be for 20,000-40,000 pounds of pork products.

DANIEL A. CROLEY (154386)
FUTTERMAN & DUPREE LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
dan@dfdlaw.com

*Attorneys for Plaintiff
Geller International, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GELLER INTERNATIONAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>HITOSHI NISHIKAWA,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF JOE ROSA IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, JOE ROSA, declare:

1. I am the General Manager of Mohawk Packing Company ("Mohawk") and have been employed by Mohawk since about eight years. Based on my role with Mohawk, I have personal knowledge of the facts set forth below and, if called as a witness, could testify competently to them.

2. Mohawk offers specialty meats, including but not limited to corned beef and smoked and sugar cured meats.

3. Mohawk has done business with Geller International ("Geller") for several years. A typical order that Geller might place would be for 20,000-40,000 pounds of pork products.

1  4. I am the contact person for orders from Geller. I am informed that Hitoshi
2 Nishikawa's relationship with Geller ended September 5, 2007. Although my direct dial phone
3 number is not available publicly, Hitoshi Nishikawa called me at my direct dial phone number at
4 work on September 27, 2007. Nishikawa then attempted to place an order with Mohawk for
5 product on behalf of a Japanese distributor that had been a long time customer of Geller. (In fact,
6 we did not make this particular product until Geller requested we do so about three years ago for
7 this same Japanese customer that Nishikawa was attempting to place an order for on September
8 27, 2007). Nishikawa followed up this telephone solicitation by sending me an email dated
9 September 27, 2007, a true and correct copy of which is attached hereto as Exhibit A.

10  5. I declined to accept this order unless the Japanese distributor would state in
11 writing that he would only place the order through Nishikawa.

12 I declare under penalty of perjury under the laws of the State of California that the
13 foregoing is true and correct.

14 Signed this 2nd day of October, 2007 at San Jose, California.

_____
JOE ROSA