DANIEL A. CROLEY (154386)
FUTTERMAN & DUPREE LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
dan@dfdlaw.com

*Attorneys for Plaintiff*
*Geller International, Inc*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GELLER INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HITOSHI NISHIKAWA, and ASIA INTERNATIONAL, INC., <br><br> Defendants. | Case No. 07-05159 MMC <br><br> **DECLARATION OF MIKE FERNANDEZ IN SUPPORT OF PLAINTIFF'S REQUEST FOR TEMPORARY INJUNCTION** |

1 FUTTERMAN & DUPREE LLP
DANIEL A. CROLEY (154386)
2 160 Sansome Street, 17th Floor
San Francisco, CA 94104
3 Telephone: (415) 399-3840
Facsimile: (415) 399-3838
4 dan@dfdlaw.com

5 Attorneys for Plaintiff
Geller Industries
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 GELLER INDUSTRIES,              | Case No.
12         Plaintiff,              |
13   v.                            | DECLARATION OF MIKE
                                   | FERNANDES IN SUPPORT OF
14 HITOSHI NISHIKAWA,              | PLAINTIFF'S REQUEST FOR
                                   | TEMPORARY INJUNCTION
15         Defendants.             |

16

17 I, Mike Fernandes, declare:

18    1. I am President of Northern Wind Seafood. Based on my role with Northern Wind, I
19 have personal knowledge of the facts set forth below and, if called as a witness, could testify
20 competently to them.

21    2. Northern Wind is a supplier of scallops. Northern Wind is located in New Bedford,
22 Massachusetts.

23    3. Northern Wind has had a business relationship with Geller International for 5 years.

24    4. Over the past several years, Northern Wind has received orders from Geller
25 International for scallops, to be shipped to Asia. These are generally large orders of
26 approximately 20,000 pounds of product. Typically, Geller International placed orders with
27 Northern Wind by telephone or fax from Hitoshi Nishikawa.
28

FUTTERMAN &

                                        1
DECLARATION OF MIKE FERNANDES IN SUPPORT OF PLAINTIFF'S REQUEST FOR TEMPORARY INJUNCTION

1  5. On about September 4, 2007, Hitoshi Nishikawa negotiated an order for 21,000
2  pounds of frozen scallops with Northern Wind. The total amount of this order was
3  approximately $121,000. Northern Wind agreed to take this order on about September 5, 2007.
4  6. Mr. Nishikawa initially negotiated this order using Geller International's account.
5  However, the next day, Mr. Nishikawa called Northern Wind and asked us to change this order to
6  his personal name. On September 6, Hitoshi Nishikawa called and told me that he had left Geller
7  International. I thought these circumstances were unusual, so I called Jim Geller to ask him about
8  the order. I spoke to Mr. Geller on about September 7, 2007. Mr. Geller advised me that Mr.
9  Nishikawa no longer worked for Geller International.
10  I declare under penalty of perjury under the laws of the State of California that the
11  foregoing is true and correct. Executed this 3rd day of October, 2007 at
12  New Bedford, Massachusetts.

Mike Fernandes

FUTTERMAN &

2

DECLARATION OF MIKE FERNANDES IN SUPPORT OF PLAINTIFF'S REQUEST FOR TEMPORARY INJUNCTION