IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GELLER INTERNATIONAL, INC., | No. C 07-5159 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| HITOSHI NISHIKAWA, et al., | |
| Defendants. | |

Before the Court is plaintiff's ex parte application, filed October 12, 2007, for a temporary restraining order pursuant to Rule 65(b). Having considered the papers submitted in support of the motion, the Court rules as follows:

A temporary restraining order may only issue without notice to the adverse party if "(1) it clearly appears from specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant before the adverse party or that party's attorney can be heard in opposition, and (2) the applicant's attorney certifies to the court in writing the efforts, if any, which have been made to give the notice and the reasons supporting the claim that notice should not be required." See Fed. R. Civ. P. 65(b). Here, plaintiff has not satisfied either requirement. Accordingly, plaintiff's ex parte motion for a temporary restraining order is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: October 12, 2007

MAXINE M. CHESNEY
United States District Judge