1  DANIEL A. CROLEY (154386)
   FUTTERMAN & DUPREE LLP
2  160 Sansome Street, 17th Floor
   San Francisco, CA 94104
3  Telephone: (415) 399-3840
   Facsimile: (415) 399-3838
4  dan@dfdlaw.com

5  *Attorneys for Plaintiff*
   *Geller International, Inc.*

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 GELLER INTERNATIONAL, INC.,              Case No. C 07-05159 MMC

12                Plaintiff,                **PROOFS OF SERVICE**

13        v.                                *(re Summons and Complaint; plaintiff's ex parte Application for Temporary Restraining Order, etc., and supporting papers)*
14 HITOSHI NISHIKAWA and ASIA
   INTERNATIONAL, INC.,
15
                  Defendants.
16

DANIEL A. CROLEY (SBN 154386)
FUTTERMAN & DUPREE LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: GELLER INTERNATIONAL, INC.
Defendant: HITOSHI NISHIKAWA, et al.

Ref#: 223790    *    **PROOF OF SERVICE**    Case No.: C 07 5159 MMC

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND FOR EXPEDITED DISCOVERY AND AN ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION; MEMORANDUM SUPPORTING PLAINTIFF'S EX PARTE REQUEST FOR TEMPORARY INJUNCTION AND OSC RE ISSUANCE OF A PRELIMINARY INJUNCTION; DECLARATION OF JAMES GELLER IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; DECLARATION OF MIKE FERNANDEZ IN SUPPORT OF PLAINTIFF'S REQUEST FOR TEMPORARY INJUNCTION; DECLARATION OF JOE ROSA IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; [PLAINTIFF'S PROPOSED ORDER] GRANTING EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND FOR EXPEDITED DISCOVERY AND AN ORDER TO SHOW CAUSE REGARDING A PRELIMINARY INJUNCTION

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served       : HITOSHI NISHIKAWA

    By serving         : Hitoshi Nishikawa, Personally

    Address            : (Home)
                         215 Catalina Avenue
                         Pacifica, CA 94044

    Date of Service:   October 12, 2007

    Time of Service:   12:10 PM

Person who served papers:
JAVIER BARAONA                          Fee for service: $85.00
SPECIALIZED LEGAL SERVICES, INC.        Registered California process server.
1112 Bryant Street, Suite 200           (i) Employee or Independent Contractor
San Francisco, CA 94103                 (ii) Registration no.: 118
Telephone: (415) 357-0500               (iii) County: Marin

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 15, 2007                  Signature_____JBaraona_____

DANIEL A. CROLEY (SBN 154386)
FUTTERMAN & DUPREE LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: GELLER INTERNATIONAL, INC.
Defendant: HITOSHI NISHIKAWA, et al.

Ref#: 223792     *    **PROOF OF SERVICE**    Case No.: C 07 5159 MMC

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; PLAINTIFF'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND FOR EXPEDITED DISCOVERY AND AN ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION; MEMORANDUM SUPPORTING PLAINTIFF'S EX PARTE REQUEST FOR TEMPORARY INJUNCTION AND OSC RE ISSUANCE OF A PRELIMINARY INJUNCTION; DECLARATION OF JAMES GELLER IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; DECLARATION OF MIKE FERNANDEZ IN SUPPORT OF PLAINTIFF'S REQUEST FOR TEMPORARY INJUNCTION; DECLARATION OF JOE ROSA IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; [PLAINTIFF'S PROPOSED ORDER] GRANTING EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND FOR EXPEDITED DISCOVERY AND AN ORDER TO SHOW CAUSE REGARDING A PRELIMINARY INJUNCTION

in the within action by personally delivering true copies thereof to the person named below, as follows:

Party served    : ASIA INTERNATIONAL, INC.

By serving      : Hitoshi Nishikawa, President

Address         : (Home)
                  215 Catalina Avenue
                  Pacifica, CA 94044

Date of Service: October 12, 2007

Time of Service: 12:10 PM

Person who served papers:
JAVIER BARAONA
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $20.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 118
(iii) County: Marin

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 15, 2007                    Signature _____JBaraona_____