DANIEL A. CROLEY (154386)
FUTTERMAN & DUPREE LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
dan@dfdlaw.com

*Attorneys for Plaintiff
Geller International, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GELLER INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HITOSHI NISHIKAWA and ASIA INTERNATIONAL, INC., <br><br> Defendants. | Case No. 07-05159 MMC <br><br> **DECLARATION OF DANIEL A. CROLEY REGARDING SERVICE AND IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** <br><br> Complaint Filed: October 9, 2007 |

I, Daniel A. Croley, hereby declare:

1.  I am an attorney licensed to practice in California and a member of Futterman & Dupree LLP, counsel of record for Plaintiff in this action. By virtue of my representation, I have personal knowledge of the facts set forth below and would, if called as a witness, be competent to testify to them.

2.  On Plaintiff's motion for a Temporary Retraining Order and OSC regarding a Preliminary Injunction, I believed the Court would not hear this motion absent proof of notice to, and service upon, Defendants. In fact, I caused to be served all of the moving papers at the same time I caused them to be filed. According to the proofs of service, service occurred at 12:10 p.m.

1

FUTTERMAN & DUPREE LLP

DECLARATION OF DANIEL A. CROLEY RE SERVICE AND IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
CASE NO. 07-05159 MMC

on October 12, 2007 -- the same date the moving papers were filed. I could not obtain the proofs of service, however, on October 12, 2007 because the process server was in field serving other matters and could not return the proofs of service to me. The Court's Order Denying Plaintiff's Ex Parte Application For Temporary Restraining Order ("Order") is dated October 12, 2007 and was sent via the Court's Electronic Filing system at 12:13 p.m.

3. On October 12, 2007 and upon reviewing the Order, I called the Court's clerk, Ms. Tracy Lucero, and asked whether the Court would prefer my filing the proofs of service or re-serving and re-filing the motion. Ms. Lucero advised filing proofs of service instead of re-submitting the motion.

4. On October 15, 2007, I received the proofs of service, which are dated October 15, 2007, and immediately filed them with the Court.

5. In retrospect, I should have served the papers first and filed them with the proofs of service. I thought that I would be able to submit the proof of service on October 12, 2007, but was not able to do so as explained in paragraph 2, above. I apologize for any inconvenience this has caused the Court.

I declare under penalty of perjury pursuant to the laws of the State of California and the United States that the foregoing facts are true and correct.

Signed October 16, 2007, at San Francisco, California.

/s/
Daniel A. Croley

2

Futterman &
Dupree LLP

Declaration of Daniel A. Croley re Service and in Support of Plaintiff's Motion for Temporary Restraining Order
Case No. 07-05159 MMC