DANIEL A. CROLEY (154386)
FUTTERMAN & DUPREE LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
dan@dfdlaw.com

*Attorneys for Plaintiff*
*Geller International, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GELLER INTERNATIONAL, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HITOSHI NISHIKAWA, and ASIA INTERNATIONAL, INC.<br><br>　　　　　Defendants. | Case No. 07-05159 MMC<br><br>**PLAINTIFF'S RENEWED EX PARTE MOTION AND NOTICE OF RENEWED EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR EXPEDITED DISCOVERY AND AN ORDER TO SHOW CAUSE REGARDING A PRELIMINARY INJUNCTION AGAINST DEFENDANTS**<br><br>(Civil L.R. 7-10; 65-1) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Plaintiff Geller International, Inc. hereby does move the Court located at 450 Golden Gate Avenue, San Francisco, California (19th Floor, Courtroom No. 7) for a temporary restraining order, expedited discovery and entry of an Order to Show Cause regarding issuing a Preliminary Injunction pending trial against Defendants.

This motion is based upon Plaintiff's Memorandum Supporting Plaintiff's Application

1

For Temporary Injunction And OSC Re Issuance Of A Preliminary Injunction, Plaintiff's Ex Parte Application For A Temporary Restraining Order And For Expedited Discovery And An Order To Show Cause Regarding A Preliminary Injunction and the supporting declarations of James Geller, Steven Walker, Joe Rosa and Mike Fernandes (together "Memoranda"), all which Memoranda were filed and served on October 12, 2007 and are hereby fully incorporated herein by this reference. This motion is further based upon all pleadings and papers on file in this action; and any argument and evidence as may be presented by the parties in their papers.

Specifically, Plaintiff hereby moves the Court for a temporary restraining order ("TRO") whereby Defendants are:

1) enjoined from deleting or destroying or permitting anyone to delete or destroy any electronic files or folders under the e-mail address of hitoshinishikawa@sbcglobal.net.

2) enjoined from disclosing the content of any data taken from Plaintiff, including but not limited to from Geller-issued laptop computer. Defendants are enjoined from transferring, sending or transmitting any files or electronic information belonging to Plaintiff.

3) enjoined from, directly or indirectly, using or disclosing any and all of Plaintiff's supplier, vendor and pricing information that either of them has in his or its possession or control.

4) directed to immediately return to Geller all electronic data (plus any hardcopies) from any device, including but not limited to from the Geller-issued laptop and not to access such data at any time in the future.

5) directed to provide within 5 days all electronic devices any Defendant uses or has used in connection with performing work to Steve Walker, a computer forensic expert located at Iteon Consulting, LLC 74 Tehama St. San Francisco, California, to quantify and remove all Geller data at Defendants' expense.

2

CASE NO. 07-05159 MMC
Plaintiff's Renewed Ex Parte Motion And Notice Of Renewed Ex Parte Motion For A Temporary Restraining Order And For Expedited Discovery And An Order To Show Cause Regarding A Preliminary Injunction

6) Defendants and any other acting in concert with either of them are enjoined from, directly or indirectly, using or disclosing any and all confidential information regarding Plaintiff's customers or suppliers that Nishikawa obtained during the course of his relationship with Geller. Nothing in this Order shall preclude the Defendants from using or disclosing publicly available information regarding food customers.

7) Geller may serve upon SBC or its affiliate a subpoena for production of all of Defendant Nishikawa for all of his accounts, including but not limited to for the address hitoshinishikawa@sbcglobal.net.

8) Directed not to solicit any Geller customer unless any Defendant first shows the court that any Defendant had done substantial business with such customer before Nishikawa began working at Geller and said proof shall be submitted under seal so as not to disclose Geller customers' identities.

9) Further, nothing in this Order shall preclude the employees Defendants from soliciting business from customers of Plaintiff as long as the employee or agents of Defendants do not use or disclose Plaintiff's confidential information while doing so; provided, they also comply with Paragraphs 2), 3) and 8), above.

Plaintiff further requests expedited discovery related to this action against Defendants and all those acting in concert with him, including but not limited to written discovery to be responded to in five days and up to three depositions per side that may commence immediately.

Dated: October 17, 2007

FUTTERMAN & DUPREE LLP

*[signature]*

DANIEL A. CROLEY (154386)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
dan@dfdlaw.com
*Attorneys for Plaintiff*
GELLER INTERNATIONAL, INC.

3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies as follows:

I am an employee of the law firm of Futterman & Dupree LLP, 160 Sansome Street, 17th Floor, San Francisco, CA 94104. I am over the age of 18 and not a party to the within action.

I am readily familiar with the business practice of Futterman & Dupree, LLP for the collection and processing of correspondence.

On October 17, 2007, I served a copy of the following document(s):

**PLAINTIFF'S RENEWED EX PARTE MOTION AND NOTICE OF RENEWED EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR EXPEDITED DISCOVERY AND AN ORDER TO SHOW CAUSE REGARDING A PRELIMINARY INJUNCTION**

by placing true copies thereof enclosed in sealed envelopes, for collection and service pursuant to the ordinary business practice of this office in the manner and/or manners described below to each of the parties herein and addressed as follows:

__X__ BY HAND DELIVERY: I caused such envelope(s) to be served by hand to the address(es) designated below.

____ BY MAIL: I caused such envelope(s) to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with Futterman & Dupree's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

____ BY OVERNIGHT COURIER SERVICE: I caused such envelope(s) to be delivered via overnight courier service to the addressee(s) designated.

____ BY FACSIMILE: I caused said document(s) to be transmitted to the telephone number(s) of the addressee(s) designated.

Hitoshi Nishikawa
Asia International, Inc.
215 Catalina Avenue
Pacifica, CA 94044

Dated: October 17, 2007

_____
Timothy J. Gallagher

1