DANIEL A. CROLEY (154386)
FUTTERMAN & DUPREE LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
dan@dfdlaw.com

*Attorneys for Plaintiff*
*Geller International, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GELLER INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HITOSHI NISHIKAWA and ASIA INTERNATIONAL, INC., <br><br> Defendants. | Case No. 07-05159 MMC <br><br> **DECLARATION OF DANIEL A. CROLEY RE PLAINTIFF'S RENEWED EX PARTE MOTION AND NOTICE OF RENEWED EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR EXPEDITED DISCOVERY AND AN ORDER TO SHOW CAUSE REGARDING A PRELIMINARY INJUNCTION** <br><br> Complaint Filed: October 9, 2007 |

I, Daniel A. Croley, hereby declare:

1. I am an attorney licensed to practice in California and a member of Futterman & Dupree LLP, counsel of record for Plaintiff in this action. By virtue of my representation, I have personal knowledge of the facts set forth below and would, if called as a witness, be competent to testify to them

2. On October 17, 2007 at approximately 3:09 p.m., I caused to be faxed to Hitoshi Nishikawa and Asia International, Inc. Plaintiff's Renewed Ex Parte Motion And Notice Of

1

1 Renewed Ex Parte Motion For A Temporary Restraining Order And For Expedited Discovery And An Order To Show Cause Regarding A Preliminary Injunction Against Defendants ("Motion"). Attached hereto as Exhibit A is a true and correct copy of the fax transmission page and I informed and believe that 650-738-1746 is their facsimile number. On October 17, 2007, I further caused a commercial delivery service to hand deliver the Motion Mr. Nishikawa and Asia International, Inc. at 215 Catalina Avenue, Pacifica, California, where I am informed and believe they reside and operate.

3. At this time, no lawyer for either Defendant has contacted me.

I declare under penalty of perjury pursuant to the laws of the State of California and the United States that the foregoing facts are true and correct.

Signed October 17, 2007, at San Francisco, California.

/s/
Daniel A. Croley

---

Futterman & Dupree LLP

DECLARATION OF DANIEL A. CROLEY RE SERVICE AND IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
CASE NO. 07-05159 MMC

# EXHIBIT A

# hp LaserJet *3015*



Futterman & Dupree LLP
(415) 399-3838
Oct-17-2007    15:11

| Fax Call Report | | | | | | | |
|---|---|---|---|---|---|---|---|
| Job | Date | Time | Type | Identification | Duration | Pages | Result |
| 133 | 10/17/2007 | 15:09:57 | Send | 16507381746####9991# | 1:31 | 3 | OK |

---

DANIEL A. CROLEY (154386)
FUTTERMAN & DUPREE LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
dan@dfdlaw.com

*Attorneys for Plaintiff*
*Geller International, Inc.*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| GELLER INTERNATIONAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>HITOSHI NISHIKAWA, and ASIA INTERNATIONAL, INC.<br><br>Defendants. | Case No. 07-05159 MMC<br><br>PLAINTIFF'S RENEWED EX PARTE MOTION AND NOTICE OF RENEWED EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR EXPEDITED DISCOVERY AND AN ORDER TO SHOW CAUSE REGARDING A PRELIMINARY INJUNCTION AGAINT DEFENDANTS<br><br>(Civil L.R. 7-10; 65-1) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff Geller International, Inc. hereby does move the Court located at 450 Golden Gate Avenue, San Francisco, California (19th Floor, Courtroom No. 7) for a temporary restraining order, expedited discovery and entry of an Order to Show Cause regarding issuing a Preliminary Injunction pending trial against Defendants.

This motion is based upon Plaintiff's Memorandum Supporting Plaintiff's Application

1                                                CASE NO. 07-05159 MMC
Plaintiff's Renewed Ex Parte Motion And Notice Of Renewed Ex Parte Motion For A Temporary Restraining
Order And For Expedited Discovery And An Order To Show Cause Regarding A Preliminary Injunction