DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
BARBARA L. HARRIS CHIANG (SBN 206892)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:   (415) 397-2700
Facsimile:   (415) 397-3300

Attorneys for Defendants HITOSHI NISHIKAWA
and ASIA INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| GELLER INTERNATIONAL, INC., | Case No. C-075159 MMC |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF CARLA J. HARTLEY IN OPPOSITION TO PLAINTIFF'S RENEWED EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR EXPEDITED DISCOVERY AND AN ORDER TO SHOW CAUSE REGARDING A PRELIMINARY INJUNCTION AGAINST DEFENDANTS** |
| HITOSHI NISHIKAWA, and ASIS INTERNATIONAL, INC., | |
| Defendants. | |

1.   I am an attorney licensed to practice in the State of California and Federal District Court for the Northern District of California and a shareholder with Dillingham & Murphy, LLP, attorneys for defendants Hitoshi Nishikawa and Asia International, Inc. If called as a witness, I could and would testify to the matters set forth in this declaration based on my personal knowledge.

2.   Mr. Hitoshi retained Dillingham & Murphy, LLP as counsel on September 19, 2007. Due to a misunderstanding in our office, the response we prepared to the September 10, 2007 correspondence from Derenthal & Dannhauser to Mr. Nishikawa was not mailed. I first learned that the response had not been sent on October 16, 2007.

3.   Attached hereto as Exhibit A are copies of information I printed from the web site for the restaurant, Prime One Twelve, including the menu which includes dishes prepared with Wagyu beef. It took me less than five minutes to locate this information.

Page 1 – C-075159 MMC
Declaration Of Carla J. Hartley In Opp. To Ex Parte Motion For Temporary Restraining Order

1  I declare under penalty of perjury under the laws of the United States of America and the
2  State of California that the foregoing is true and correct. Dated this 22nd day of October, 2007, at
3  San Francisco, California.

*[signature]*
Carla J. Hartley

Page 2 –  C-075159 MMC
Declaration Of Carla J. Hartley In Opp. To Ex Parte Motion For Temporary Restraining Order

# Exhibit A





Myles Chefetz | Mike Sabin | Hedy Goldsmith

» back to main site

### Mike Sabin
**Executive Chef**

January 2004 saw the opening of Prime One Twelve, a modern steakhouse, and the addition of another entrée to Mike Sabin's already full plate (he's the Executive Chef at Nemo and oversees the kitchens at Shoji Sushi and Big Pink too) when he assumed the added responsibility of Executive Chef at the newest hot spot from Myles Chefetz.

**Sabin along with Chefetz carefully created a simple yet sophisticated menu** that is directed at not only steak eaters but those who prefer fish, chicken, lobster and even an outrageously divine Kobe Hotdog and Hamburger.

He is thrilled to be collaborating with pastry chef Hedy Goldsmith once again -- she's the sweet tooth at Nemo and Shoji Sushi as well. "We both came from the same "school " and this ensures that we are in sync from the beginning to the end of the meal," says Sabin. Goldsmith, who has been at Nemo since 1996, worked with Mark Militello as well.

Mike Sabin had come full circle in his career when in 2002 he returned to Nemo as Executive Chef. In 1995, he was the first cook hired at Nemo Restaurant (100 Collins Avenue, Miami Beach) and today he is back at the helm as Chef of this bustling South Beach restaurant. "If I could open the perfect restaurant, it would be like Nemo. I have always loved this place," says Sabin.

Prior to joining Nemo in '95, Sabin worked at Starfish (Miami Beach) under the wing of superstar chef Kerry Simon. He then cheffed at Pacific Time (Miami Beach) followed by a multi-year stint with Mark Militello at both Mark's in North Miami and then at Mark's Las Olas. Perhaps the most impressive stop on Sabin's resume was his move to Washington where he honed his skills at the Inn at Little Washington (70 miles west of Washington, D.C. in Virginia).

Longing to return to Florida, Sabin packed up his knives when Militello offered him the position as Corporate Chef to open Mark's at the Park (Boca Raton, Florida), Mark's City Place (West Palm Beach) and Mark's South Beach where he earned rave reviews from Boca Raton magazine and Palm Beach Illustrated. Following Mark's, Sabin moved to New York City as a consultant at Remi where the restaurant's Mediterranean cuisine added to his diverse experience.

A true member of the community that "feeds" him, Sabin supports local growers, fishermen and purveyors. While Nemo has always worked with local vendors, Sabin is upping the ante and sourcing the freshest and highest quality ingredients that are his signature. His years outside South Florida have served him well and are reflected on Nemo's menu with the addition of products such as octopus and sardines.

"I believe in giving people what they want," says Sabin who is maintaining the Nemo favorites -- with a little tweaking here and there -- to ensure that Nemo's Wok Charred Salmon, Grilled Indian Spiced Pork Chop and other dishes are made to perfection for the restaurant's loyal following.

**A creative flair and solid cooking methods are Sabin's stock in trade.** He demonstrates this by working closely with his kitchen team to return to basics and acknowledging what makes a dish delicious and appealing to the eye. "I am committed to representing ingredients properly and ensuring that everything on the plate is there for a reason and contributes to the overall

experience on the palate," says Sabin. His trained eye pays attention to the details and to the obvious.

33 year-old Sabin was born in Baltimore and moved as an infant with his family to Europe. While traveling with his family, Sabin enjoyed fine dining but felt that nothing beat the taste of home cooking. Between the ages of 12 to 19, Sabin and his family resided in Hawaii.

At the age of 19, living in Alexandria, Virginia, Sabin took a job at a gourmet pizzeria to support his habit of surfing and skiing. This opportunity would set the stage for his career and pique his culinary interest.

Sabin, his wife and 9 year-old son Christian (who was born one month after Nemo opened) and their six year-old daughter, Hannah, currently reside in Miami Beach.

**PRIME . ONE . TWELVE .**

A MODERN STEAKHOUSE

main menu | dessert menu | close menu

**DINNER**

**RAW BAR**

| | |
|---|---|
| Jumbo Shrimp Cocktail (per shrimp) | $8.00 |
| Maine Lobster Cocktail | $24.00 |
| Maryland Crab Cocktail | $21.00 |
| Selection of Caviars w/ Traditional Accompaniments | $0.00 |
| Chef's Selection of East and West Coast Oysters | $3.00 |

Served w/ Horseradish Cocktail Sauce and Black Pepper Mignonette

**APPETIZERS**

| | |
|---|---|
| Four Cheese Fondue for the Table | $18.00 |
| Prime Steak Tartare | $16.00 |
| Pan Seared Diver Scallops | $24.00 |

w/ Braised Short Rib, Truffle Mash, & Pinot Noir Sauce

| | |
|---|---|
| Oysters Rockefeller | $16.00 |
| Jumbo Lump Crab Cake | $18.00 |

with Sweet Corn relish & Tartar Sauce

| | |
|---|---|
| Yellowfin Tuna Tartare | $15.00 |

w/ Cassava Crackers

| | |
|---|---|
| 4 Kobe Beef Sliders | $20.00 |
| Traditional Escargot | $17.00 |

fresh Herbs & Garlic Butter

| | |
|---|---|
| Deviled Eggs | $18.00 |

w/ White Truffle and Caviar

**Featured Appetizer**

Sauteed Hudson Valley Foie Gras · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · $24.00

w/ Watercress, Spiced Pineapple Jam & Australian Candied Ginger

**SALADS**

| | |
|---|---|
| Beefsteak Tomato & Onion | $14.00 |
| w/ crumbled blue cheese | |
| Hearts of Romaine Caesar | $14.00 |
| w/ brioche croutons & shaved parmesan | |
| Arugula Salad | $15.00 |
| w/ roasted beets, goat cheese croutons & aged balsamic vinegar | |
| Organic Field Greens | $14.00 |
| w/ shaved pear, candied walnuts & poppy seed vinaigrette | |
| "The Double Wedge" iceberg & butter lettuce | $15.00 |
| w/ applewood smoked bacon & choice of creamy blue, thousand island or 50/50 | |

**Signature Salad**

| | |
|---|---|
| Prime 112 Chopped Salad | $17.00 |
| w/Romaine, Spinach, Hearts of Palm, Cucumber, Celery Hearts, Grape Tomatoes, Asparagus, Smoked Bacon & Green Goddess Dressing | |

**PRIME STEAKS**

Our beef is USDA Prime and Dry Aged for 21-28 days.

| | |
|---|---|
| 8 oz. Filet Mignon | $35.00 |
| 12 oz. Filet Mignon | $47.00 |
| 16oz. Bone-In Filet Mignon | $49.00 |
| 14 oz. NY Strip | $44.00 |
| 20 oz. NY Strip | $54.00 |
| 20 oz. T-Bone | $49.00 |
| 22 oz. Bone-In Rib Eye | $49.00 |
| 30 oz. Bone-In Rib Eye for 2 | $68.00 |
| 48 oz. Porterhouse for 2 | $88.00 |

| | |
|---|---|
| 16oz. Prime Rib (Sundays Only) | $59.00 |

### OTHER MEAT, CHOPS AND RACKS

| | |
|---|---|
| Colorado Lamb Rack | $47.00 |
| Veal Chop | $45.00 |
| Churrasco Steak | $29.00 |
| KOBE Beef Hot Dog | $20.00 |
| 1 lb. KOBE Hamburger | $30.00 |

### JAPANESE A5 KOBE

| | |
|---|---|
| Filet | $25.00 |

2oz minimum

### SAUCES

| | |
|---|---|
| Prime 112 Steak | $2.00 |
| Horseradish Cream | $2.00 |
| Hollandaise | $2.00 |
| Bearnaise | $2.00 |
| Chimichurri | $2.00 |
| Peppercorn | $2.00 |
| English Mustard | $2.00 |

### BUTTERS

| | |
|---|---|
| Gorgonzola | $3.00 |
| Smoked Bacon & Onion | $3.00 |
| Truffle | $3.00 |
| Garlic & Herb | $3.00 |
| Foie Gras | $3.00 |
| Cabernet Goat Cheese | $3.00 |

### MAINE LOBSTER: MKT. PRICE

Broiled, Steamed

or

Cracked and Stuffed w/Jumbo Lump Crab & Bay Scallops and Finished w/Cognac Butter - $15 extra

## CHEF'S COMPOSITIONS

| | |
|---|---|
| Seared Rare Sesame Crusted Tuna | $33.00 |
| w/Crispy Ginger Rice Ball, Wasabi Sauce & Sweet Soy | |
| Jumbo Lump Crab Crusted Grouper | $35.00 |
| w/ Wilted Spinach & Carrot Butter | |
| Grilled Wild King Salmon | $32.00 |
| w/ Whipped Caper Potatoes, Asparagus & Lemon Nage | |
| Soy Marinated Sea Bass | $35.00 |
| w/ Steamed Baby Bok Choy & Sweet Miso Sauce | |
| Blackened Local Swordfish | $33.00 |
| w/ Arugula and Papaya Salsa | |
| Jumbo Fried Shrimp | $42.00 |
| w/ Lobster Cole Slaw and Seedless Watermelon | |
| Pan Roasted Boneless Half Chicken | $28.00 |
| w/ Garlic Mash, French Beans & Natural Reduction | |

## POTATOES

| | |
|---|---|
| Sea Salt Baked Potato | $13.00 |
| w/ Vermont Butter, Applewood Smoked Bacon Bits and Chive Sour Cream | |
| Crispy French Fries | $11.00 |
| Sweet Potato Steak Fries | $11.00 |
| w/ House made ranch | |
| Sweet Potato & Vanilla Bean Mash | $11.00 |
| Roasted Garlic Mash | $11.00 |
| Scalloped Parmesan Potatoes | $11.00 |
| Serrano Ham & Manchego Cheese Gratin | $11.00 |
| Hash Browns | $11.00 |

| | |
|---|---|
| House Made "Tater Tots" | $11.00 |
| Potato Pancakes | $11.00 |
| w/ Sour Cream & Apple Compote | |
| Crispy White Truffle French Fries | $14.00 |

### ACCESSORIES

| | |
|---|---|
| Sauteed Forest Mushrooms | $12.00 |
| Creamed Spinach w/ Crispy Shallots | $12.00 |
| Grilled Asparagus | $12.00 |
| Five Cheese Truffle "MAC" | $12.00 |
| Fried Green Tomatoes | $12.00 |
| Crispy Onion Rings | $12.00 |
| Sauteed Spinach | $12.00 |
| Braised Collard Greens | $12.00 |
| w/ Smokey Bacon | |
| Sauteed Broccoli Rabe | $12.00 |
| w/Garlic, Chilies & Lemon | |
| Cauliflower and Vermont Cheddar Gratin | $12.00 |
| Rum Baked Sweet Plantains | $12.00 |
| Roasted Beets | $12.00 |
| w/ Maytag Blue | |
| Creamed Corn | $12.00 |
| w/ Black Truffles | |
| Caramelized Onions | $12.00 |
| Roasted Brussel Sprouts | $12.00 |
| w/ Pancetta & Balsamic | |
| Steamed Broccoli | $12.00 |
| w/ Cheddar Fondue | |
| Spinach and Parmesan Stuffed Tomatoes | $12.00 |

# PROOF OF SERVICE

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, Sixth Floor, San Francisco, California 94104-4207. On October 22, 2007, I served the following document on the party listed below:

**DECLARATION OF CARLA J. HARTLEY IN OPPOSITION TO PLAINTIFF'S RENEWED EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR EXPEDITED DISCOVERY AND AN ORDER TO SHOW CAUSE REGARDING A PRELIMINARY INJUNCTION AGAINST DEFENDANTS**

XX  **(BY FAX)** By sending a true copy thereof by facsimile machine to the number listed below.

Daniel A. Croley
FUTTERMAN & DUPREE, LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Tel: 415-399-3840
Fax: 415-399-3838
Email: dan@dfdlaw.com
*Attorney for Plaintiff GELLER INTERNATIONAL, INC.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 22, 2007, at San Francisco, California.

Mardoux Graff

Case No. C-07-5159 MMC
PROOF OF SERVICE