**CIVIL MINUTES**

Judge **MAXINE M. CHESNEY**                    **E-Filing**

Date: OCT 2 2 2007

C - 07 - 5159 - MMC

Geller International    v    Hitoshi Nishikawa, Et al

Attorneys: Daniel Cooley          Carla Hartley
                                  Barbara Harris

Deputy Clerk: **TRACY LUCERO**        Reporter: Starr Wilson

**PROCEEDINGS:**                              **RULING:**

1. Conference call re: π's Ex parte motion for    Granted
   a Temporary Restraining Order                   w/modifications

2. _____

3. _____

4. _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**

π's motion for preliminary injunction due by 10/30/07;
Δ's opposition due by 11/6/07.

(✓) ORDER TO BE PREPARED BY:   Plntf____ Deft____ Court ✓

( ) Referred to Magistrate For: _____
     ( ) By Court
(✓) CASE CONTINUED TO 11/14/07 @ 9:00 for Hearing re: Preliminary Injunction

Discovery Cut-Off _____ Expert Discovery Cut-Off _____

Plntf to Name Experts by _____ Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for ___ days
                       Type of Trial: ( ) Jury   ( ) Court
Notes: _____

(40 min)