DANIEL A. CROLEY (154386)
FUTTERMAN & DUPREE LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
dan@dfdlaw.com

*Attorneys for Plaintiff
Geller International, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GELLER INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HITOSHI NISHIKAWA and ASIA INTERNATIONAL, INC., <br><br> Defendants. | Case No. C 07-05159 MMC <br><br> **CERTIFICATE OF SERVICE** <br><br> *(re TRO service – on defendants Hitoshi Nishikawa and Asia International)* |

DANIEL A. CROLEY (SBN 154386)
FUTTERMAN & DUPREE LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : GELER INTERNATIONAL, INC.
Defendant : HITOSHI NISHIKAWA

Ref#: 224433    *    **PROOF OF SERVICE**    Case No.: C 07 5159

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

ORDER GRANTING EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND FOR EXPEDITED DISCOVERY AND ORDER TO SHOW CAUSE REGARDING A PRELIMINARY INJUNCTION

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served      : HITOSHI NISHIKAWA

    By serving        : Hitoshi Nishikawa, Personally

    Address           : Asia International
                        215 Catalina Avenue
                        Pacifica, CA 94044

    Date of Service:  October 24, 2007

    Time of Service:  10:15 AM

Person who served papers:
KURT W. SEDERMAN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $85.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 641
(iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 24, 2007                                  Signature _____

DANIEL A. CROLEY (SBN 154386)
FUTTERMAN & DUPREE LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : GELER INTERNATIONAL, INC.
Defendant : HITOSHI NISHIKAWA

Ref#: 224434          *     **PROOF OF SERVICE**      Case No.: C 07 5159

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

ORDER GRANTING EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND FOR EXPEDITED DISCOVERY AND ORDER TO SHOW CAUSE REGARDING A PRELIMINARY INJUNCTION

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served      : ASIA INTERNATIONAL, INC.

    By serving        : Hitoshi Nishikawa, Authorized Agent

    Address           : Asia International
                                215 Catalina Avenue
                                Pacifica, CA 94044

    Date of Service: October 24, 2007

    Time of Service: 10:15 AM

Person who served papers:
KURT W. SEDERMAN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $20.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 641
(iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 24, 2007                          Signature