1  DILLINGHAM & MURPHY, LLP
   CARLA J. HARTLEY (SBN 117213)
2  BARBARA L. HARRIS CHIANG (SBN 206892)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
   Telephone:   (415) 397-2700
4  Facsimile:   (415) 397-3300

5  Attorneys for Defendants and Counterclaimants
   HITOSHI NISHIKAWA and ASIA INTERNATIONAL, INC.
6

7

8               UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

| 11 | GELLER INTERNATIONAL, INC., | Case No. C-075159 MMC |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | | **DECLARATION OF BARBARA L. HARRIS CHIANG IN OPPOSITION TO PLAINTIFF'S APPLICATION FOR A PRELIMINARY INJUNCTION** |
| 14 | v. | |
| 15 | HITOSHI NISHIKAWA, and ASIA INTERNATIONAL, INC., | Date: November 14, 2007 Time: 9:00 a.m. |
| 16 | Defendants. | Complaint filed: October 9, 2007 |
| 17 | | |
| 18 | AND RELATED COUNTERCLAIMS. | |

19

20     1.     I am an attorney licensed to practice in the State of California and Federal District

21  Court for the Northern District of California and an attorney at the law firm of Dillingham &

22  Murphy, LLP, attorneys for defendants Hitoshi Nishikawa and Asia International, Inc.  If called as

23  a witness, I could and would testify to the matters set forth in this declaration based on my

24  personal knowledge.

25     2.     On or about October 25, 2007, I spoke by telephone with plaintiff's counsel Daniel

26  Croley.  During that conversation Mr. Croley advised that plaintiff takes the position that the TRO

27  //

28  //

Page 1 –  C-075159 MMC
Declaration Of Barbara L. Harris Chiang In Opp. To Application for Preliminary Injunction

1  ordered by the court precludes defendants from contacting or doing business with Poseidon
2  Seafood.
3      I declare under penalty of perjury under the laws of the United States of America and the
4  State of California that the foregoing is true and correct. Dated this 6th day of November, 2007, at
5  San Francisco, California.

                                             /s/
                                Barbara L. Harris Chiang

10     I hereby attest that I have on file all holograph signatures for any signatures indicated by a
11 "conformed" signature (/s/) within this efiled document.

                                           /s/
                                Barbara L. Harris Chiang.

Page 2 –  C-075159 MMC
Declaration Of Barbara L. Harris Chiang In Opp. To Application for Preliminary Injunction