# EXHIBIT A

Geller International, Inc.
1799 Old Bayshore Hwy, Burlingame, Calif. 94010 ~ USA
Phone 650-692-6488 ~ Fax 650-692-5088
E-mail: jgeller@gellerinternational.com

## EMPLOYMENT AGREEMENT

This Agreement made and entered into this 11th day of April, 2003,
By and between GELLER INTERNATIONAL, INC ("employer"), and HITOSHI NISHIKAWA ("CONTRACTOR-COMMISION SALES"). The parties recite that:

A. Employer is engaged in IMPORT/EXPORT SALES, OF U.S. FOODS, and maintains business premises at
1799 Old Bayshore Hwy, Burlingame, Ca USA.

B. Mr. Nishikawa is willing to be contracted by employer, and employer is
Willing to contract Mr. Nishikawa, on the terms and conditions hereinafter set
Forth. For the reasons set forth above, and in consideration of the
Mutual covenants and promises of the parties hereto, employer and
Contractor covenant and agree as follows:

1. AGREEMENT to contract for sales & management services.
    Employer hereby contracts Mr. Nishikawa at the above-mentioned
Premises, and contractor hereby accepts and agrees to such employment.

2. DESCRIPTION OF CONTRACTOR'S DUTIES
    Subject to the supervision and pursuant to the orders, advice, and
direction of employer, contractor shall perform such duties as are
customarily performed by one holding such position in other businesses or
enterprises of the same or similar nature as that engaged in by employer.
Contractor shall additionally render such other and unrelated services and
Employer may assign duties as to him from time to time.

3. MANNER OF PERFORMANCE OF CONTRACTOR'S DUTIES
    Contractor shall at all times faithfully, industriously, and to the best
of his ability, experience, and talent, perform all duties that may be
required of and from him pursuant to the express and implicit terms
hereof, to the reasonable satisfaction of employer. Such duties shall be
rendered at the abovementioned premises and at such other place or places
as employer shall in good faith require or as the interests, needs,
business, and opportunities of employer shall require or make advisable.

4. DURATION OF EMPLOYMENT
    The term of contract-employment shall be 1 year(s) at stage 1,
commencing on April 14th, 2003. On or about April 1 2004, the terms for stage 2
will be negotiated and Mr. Nishikawa will have the option to remain at
the current terms of contract-employment with a sales commission pay structure,
or have the option to change from a contractor on a sales commission basis, to
employment with salary & commission basis. On or about April 1, 2004 Mr. Nishikawa
will have the option to change his status of his employment with an opportunity to buy
into a limited partnership at 5% ownership. An additional 5% ownership will be offered
to Mr. Nishikawa at the commencement of his 4 th year of employment at Geller International, Inc.

5. COMPENSATION; REIMBURSEMENT
    Employer shall pay Contractor and Contractor agrees to accept from

employer, in full payment for Contractor's services hereunder, compensation at the rate of 70% of the net profit from each sale. Payable within 15 days of the closing of such sale, and the final payment being received from the bank, or customer.

In addition to the foregoing, employer will reimburse Contractor for any and all necessary, customary, and usual expenses incurred by him while traveling for and on behalf of the employer pursuant to employer's directions.

Employer will offer, for the 1st 3 months (April, May June 2003) a sum of US $5,000.00 per month, as a draw against future commissions. Mr. Nishikawa, by signing of this agreement, agrees to re-pay Employer the sum of US$ 1,000.00 per month for 15 months, until the load is paid in full. No interest will be levied against this draw on commissions.

### 6. CONTRACTOR'S LOYALTY TO EMPLOYER'S INTERESTS

Contractor shall devote all of his time, attention, knowledge, and skill solely and exclusively to the business and interests of employer, and employer shall be entitled to all benefits, emoluments, profits, or other issues arising from or incident to any and all work, services, and advice of Contractor. Contractor expressly agrees that during the term hereof he will not be interested, directly or indirectly, in any form, fashion, or manner, as partner, officer, director, stockholder, advisor, Contractor, or in any other form or capacity, in any other business similar to employer's business or any allied trade, except that nothing herein contained shall be deemed to prevent or limit the right of Contractor to invest any of his surplus funds in the capital stock or other securities of any corporation whose stock or securities are publicly owned or are regularly traded on any public exchange, nor shall anything herein contained by deemed to prevent Contractor from investing or limit Contractor's right to invest his surplus funds in real estate.

### 7. NONDISCLOSURE OF INFORMATION CONCERNING BUSINESS

Contractor will not at any time, in any fashion, form, or manner, either directly or indirectly divulge, disclose, or communicate to any person, firm, or corporation in any manner whatsoever any information of any kind, nature, or description concerning any matters affecting or relating to the business of employer, including, without limitation, the names of any its customers, the prices it obtains or has obtained, or at which it sells or has sold its products, or any other information concerning the business of employer, its manner of operation, or its plans, processes, or other date of any kind, nature, or description without regard to whether any or all of the foregoing matters would be deemed confidential, material, or important. The parties hereby stipulate that, as between them, the foregoing matters are important, material, and confidential, and gravely affect the effective and successful conduct of the business of employer, and its good will, and that any breach of the terms of this section is a material breach of this agreement.

### 8. OPTION TO TERMINATE ON PERMANENT DISABILITY OF CONTRACTOR

Not withstanding anything in this agreement to the contrary, employer is hereby given the option to terminate this agreement in the event that during the term hereof Contractor shall become permanently disabled, as the term "permanently disabled" is hereinafter fixed and defined. Such option shall be exercised by employer giving notice to Contractor by registered mail, addressed to him in care of employer at the above stated

address, or at such other address as Contractor shall designate in writing, of its intention to terminate this agreement on the last day of the month during which such notice is mailed. On the giving of such notice this agreement and the term hereof shall cease and come to an end on the last day of the month in which the notice is mailed, with the same force and effect as if such last day of the month were the date originally set forth as the termination date. For purposes of this agreement, Contractor shall be deemed to have become permanently disabled if, during any year of the term hereof, because of ill health, physical or mental disability, or for other causes beyond his control, he shall have been continuously unable or unwilling or have failed to perform his duties hereunder for thirty (30) consecutive days, or if, during any year of the term hereof, he shall have been unable or unwilling or have failed to perform his duties for a total period of thirty (30) days, whether consecutive or not. For the purposes hereof, the term "any year of the term hereof" is defined to mean any period of 12 calendar months commencing on the first Day of April and terminating on the last day of April of the following year during the term hereof.

## 9. DISCONTINUANCE OF BUSINESS AS TERMINATION OF EMPLOYMENT

Anything herein contained to the contrary notwithstanding, in the Event that employer shall discontinue operations at the premises mentioned above, then this agreement shall cease and terminate as of the last day of the month in which operations cease with the same force and effect as if such last day of the month were originally set forth as the termination date hereof.

## 10. CONTRACTOR'S COMMITMENTS BINDING ON EMPLOYER ONLY ON WRITTEN CONSENT

Contractor shall not have the right to make any contracts or other commitments for or on behalf of employer without the written consent of employer.

## 11. CONTRACT TERMS TO BE EXCLUSIVE

This written agreement contains the sole and entire agreement between The parties, and supersedes any and all other agreements between them. The parties acknowledge and agree that neither of them has made any representation with respect to the subject matter of this agreement or any representations inducing the execution and delivery hereof except such representations as are specifically set forth herein, and each party acknowledges that he or it has relied on his or its own judgment in entering into the agreement. The parties further acknowledge that any statements or representations that may have heretofore been made by either of them to the other are void and of no effect and that neither of them has relied thereon in connection with his or its dealings with the other.

## 12. WAIVERS OR MODIFICATION INEFFECTIVE UNLESS IN WRITING

No waiver or modification of this agreement or of any covenant, condition, or limitation herein contained shall be valid unless in writing and duly executed by the party to be charged therewith. Furthermore, no evidence of any waiver or modification shall be offered or received in evidence in any proceeding, arbitration, or litigation between the parties arising out of or affecting this agreement, or the rights or obligations of any party hereunder, unless such waiver or modification is in writing, duly executed as aforesaid. The provisions of this paragraph may not be waived except as herein set forth.

13. CONTRACT GOVERNED BY LAW
   This agreement and performance hereunder shall be construed in accordance with the laws of the State of California.

14. BINDING EFFECT OF AGREEMENT
   This agreement shall be binding on and inure to the benefit of The respective parties and their respective heirs, legal representatives, successors, and assigns.

15. Health benefits, in year 1 for Mr. Nishikawa are to be paid by Mr. Nishikawa. (*)
   Health benefits, in year 2 and forward, for Mr. Nishikawa are to be paid by the employer Should Mr. Nishikawa join the company as an employee, but not paid should he remain as a contractor.
   (*) The employer will consider payment of health benefits in year one, after 6 Months of employment are complete, based on the employees sales and generation of profits.

Executed on the date first above written.

_____, Employer        _____, Contractor
James M. Geller  Date: 4/11/03    Hitoshi Nishikawa  date: 4-11-2003

# EXHIBIT B

Account summary                                                      Page 1 of 1

# UNITED

## My mileage summary
### Account summary

Account number:                               0009-
Membership level:                             Premier
Current redeemable miles balance:
Year to date Elite Qualifying Miles (EQM):
Year to date Elite Qualifying Segments (EQS):
Lifetime United flight miles:
Redeemable miles expiration date:

Your Redeemable miles expiration date now reflects the 18-month expiration policy for Mileage Plus miles. For more information visit united.com/expiringmiles.

As a Mileage Plus Visa cardmember, you can redeem for exclusive travel awards with no blackout dates or inventory restrictions. To check your miles available for Mileage Plus Choices℠ program redemption or for complete program details, visit united.com/choices.

### Redeemable miles activity from Sep 01, 2007 To Oct 19, 2007

| Date | Activity | Miles added/deducted | Elite bonus | Fare bonus | Total |
|---|---|---|---|---|---|
| Sep 10, 2007 | UA 73 T Class SFO to HNL | 2,396 | 600 | 0 | 2,996 |
| Sep 15, 2007 | UA 52 T Class KOA to SFO | 2,370 | 593 | 0 | 2,963 |

Period total:

### Category summary from Sep 01, 2007 To Oct 19, 2007

| Program | Added | Deducted |
|---|---|---|
| United | | |
| Star Alliance | | |
| All Airlines | | |
| Hotel | | |
| Car | | |
| Other | | |
| Total | | |

### Change view of account activity details

You may view your current program balance and your account activity for the entire previous calendar year. Please enter the desired range.

From: Sep · 01 · 2007    To: Oct · 19 · 2007

Categories:
[✓] United     [✓] Star Alliance    [✓] All airlines
[✓] Hotel      [✓] Car              [✓] Other

View

Español | About United | Investor relations | Business resources | Careers | Site map
Compatible browsers | Terms and conditions | Privacy | Special Terms and Conditions | © 2007 United Air Lines, Inc.



Oct 19 07 05:22p   Asia International                                    650 738 1746                    p.2
Case 3:07-cv-05159-MMC   Document 27-2   Filed 11/06/2007   Page 8 of 10
Account summary                                                                                             Page 1 of 1

# UNITED

## My mileage summary
### Account summary

Account number:                                   0009
Membership level:                                 Premier
Current redeemable miles balance:
Year to date Elite Qualifying Miles (EQM)
Year to date Elite Qualifying Segments (EQS)
Lifetime United flight miles:
Redeemable miles expiration date:

Your Redeemable miles expiration date now reflects the 18-month expiration policy for Mileage Plus miles. For more information visit united.com/expiringmiles.

As a Mileage Plus Visa cardmember, you can redeem for exclusive travel awards with no blackout dates or inventory restrictions. To check your miles available for Mileage Plus Choices(SM) program redemption or for complete program details, visit united.com/choices.

### Redeemable miles activity from Sep 01, 2007 To Oct 19, 2007

| Date | Activity | Miles added/deducted | Elite bonus | Fare bonus | Total |
|---|---|---|---|---|---|
| Sep 10, 2007 | UA 73 T Class SFO to HNL | 2,996 | 500 | 0 | 2,996 |
| Sep 15, 2007 | UA 52 T Class KOA to SFO | 2,370 | 593 | 0 | 2,963 |

Period total:

### Category summary from Sep 01, 2007 To Oct 19, 2007

| Program | Added | Deducted |
|---|---|---|
| United | | |
| Star Alliance | | |
| All Airlines | | |
| Hotel | | |
| Car | | |
| Other | | |
| Total | | |

### Change view of account activity details

You may view your current program balance and your account activity for the entire previous calendar year. Please enter the desired range.

From:                                   To:
Sep · 01 · 2007                         Oct · 19 · 2007

Categories:
[✓] United        [✓] Star Alliance    [✓] All airlines
[✓] Hotel         [✓] Car              [✓] Other

View

Español | About United | Investor relations | Business resources | Careers | Site map
Compatible browsers | Terms and conditions | Privacy | Special Terms and Conditions | © 2007 United Air Lines, Inc



Renewing our promise to you
Learn more about our commitment to customers.
Details

Your Elite Choice:
Multiple chances to win a trip to Beijing.
Experience a luxury journey to one of Asia's oldest cities.
Details

Your next award ticket just got closer
Redeem just 15,000 miles for short haul award trips.
Details

New: Add 1,000 miles to your next flight
Register to add 1,000 miles to your next flight for just $20.
Details

Great wines come with miles and savings
Earn 25 miles per dollar and save 30% with Hartwick & Grove.
Details

UNITED
Mileage Plus Mall
Find scary good deals at Mileage Plus Mall
Earn miles when you begin your Halloween shopping with us.
Details

# EXHIBIT C

# Asia International, Inc.

215 Catalina Avenue
Pacifica, CA 94044
Tel.(650)738-0852 Fax. (650)738-1746

Mr. Sun Chi Chu                                                    9/26/2007
Unit A & D, 23/F
Nathan Commercial Building
430-436, Nathan Road
Kowloon, Hong Kong

Dear Mr. Chu,

I am very pleased to announce the establishment of my new company, "Asia International, Inc."
The company will be importing and exporting food items from/to Asian countries such as Japan, China, Korea, Taiwan, Hong Kong, Singapore, Indonesia, Vietnam, etc.

Asia International, Inc. will continue to handle all business including "Wagyu" beef, "Toro", fatty tuna imported from Japan and other items.

I worked for Geller International, Inc. as an independent contractor for the last 4 years, but I made a decision to leave and start my own business to better serve you.
I brought Wagyu beef, seafood, produce and other business to Geller International, Inc. because of my close relationship with people in Japan and other Asian countries.

I look forward to hearing from you soon.
Here is the new contact information for my company.

Asia International, Inc.
215 Catalina Avenue
Pacifica, CA 94044
Tel. (650)738-0852
Fax.(650)738-1746
Cell.(650)438-0852
E-mail: hitoshinishikawa@sbcglobal.net

Sincerely,

Hitoshi Nishikawa
President