DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
BARBARA L. HARRIS CHIANG (SBN 206892)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:   (415) 397-2700
Facsimile:   (415) 397-3300
cjh@dillinghammurphy.com
bhc@dillinghammurphy.com

Attorneys for Defendants and Counterclaimants
HITOSHI NISHIKAWA and ASIA INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GELLER INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HITOSHI NISHIKAWA, and ASIA INTERNATIONAL, INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. C-075159 MMC <br><br> **[PROPOSED] ORDER DENYING PLAINTIFF'S APPLICATION FOR A PRELIMINARY INJUNCTION** <br><br> Date: November 14, 2007 <br> Time: 9:00 a.m. <br> Complaint filed: October 9, 2007 |

    Plaintiff GELLER INTERNATIONAL, INC.'s ("Plaintiff") Application for a Preliminary Injunction came for hearing before the Court on November 14, 2007 at 9:00 a.m.

    Having considered the moving and opposing papers, and the arguments presented at the hearing, and good cause appearing, the Court hereby DENIES Plaintiff's Application for Preliminary Injunction in this action on the grounds Plaintiff has failed to establish that the information it seeks to protect are trade secrets or otherwise protected.

DATED: _____, 2007

                                                                               United States District Judge