DANIEL A. CROLEY (154386)
FUTTERMAN & DUPREE LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
dan@dfdlaw.com

*Attorneys for Plaintiff*
*Geller International, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GELLER INTERNATIONAL, INC. | Case No.C 07-05159 MMC |
| Plaintiff, | |
| v. | **SUPPLMENTAL REPLY DECLARATION OF JAMES GELLER IN SUPPORT OF PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION** |
| HITOSHI NISHIKAWA and ASIA INTERNATIONAL, INC. | |
| Defendants. | **(Civil L.R. 7-10; 65-1)** |
| | Date: November 14, 2007<br>Time: 9:00 a.m.<br>Complaint Filed: October 9, 2007 |

I, James Geller, declare:

1.     I am the President and founder of Geller International, Inc. ("GI"). Based on my role with GI, I have personal knowledge of the facts set forth below and, if called as a witness, could testify competently to them.

2.     GI sells Wagyu beef to Prime 112 in Florida, with regular orders. I learned from this restaurant that some other unidentified supplier undercut my price on Wagyu beef. I agreed to match the price, to save the relationship and because this is an important relationship. Today, I called the chef at this restaurant and learned two things: first, the supplier offering to undercut

FUTTERMAN &
DUPREE LLP

1

SUPPLEMENTAL REPLY DECLARATION OF J. GELLER IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
CASE NO. C 07-05159 MMC

1  my price is in Hawaii and; second, Hitoshi Nishikawa called the chef on November 12, 2007

2  seeking Wagyu business from this restaurant.

3       3.      I have not sought to obtain a declaration from Prime 112's chef because I fear

4  involving him in this lawsuit at this phrase may destroy the very relationship I am seeking to

5  protect through this lawsuit.

6       I declare under penalty of perjury under the laws of the State of California and the United

7  States of America that the foregoing is true and correct.

8       Signed this 13th day of November, 2007 at Burlingame, California.

9

10

11                                              /s/
                                        James Geller

12

13       I hereby attest that I have on file all holograph signatures for any signatures indicated by a

14  "conformed" signature (/s/) within this efiled document.

15                                              /s/
                                        Daniel A. Croley

16

17

18

19

20

21

22

23

24

25

26

27

28

FUTTERMAN &
DUPREE LLP

2

SUPPLEMENTAL REPLY DECLARATION OF J. GELLER IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
CASE NO. C 07-05159 MMC