**CIVIL MINUTES**

Judge **MAXINE M. CHESNEY**

**E-Filing**

Date: NOV 1 4 2007

C-07-5159-MMC

Geller Intl Inc.  v.  Hitoshi Nishikawa et al

Attorneys: Daniel Croley    Carla Hartley

Deputy Clerk: **TRACY LUCERO**    Reporter: Juanita Gonzalez

**PROCEEDINGS:**    **RULING:**

1. π's motion for Preliminary Injunction    Granted.

2. _____

3. _____

4. _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**

_____

_____

(✓) ORDER ~~TO BE~~ PREPARED BY:  Plntf ✓   Deft____  Court____  (signed in open Court)

(✓) Referred to ~~Magistrate~~ ADR For: Mediation

(✓) By Court
(✓) CASE CONTINUED TO 1/18/08 @ 10:30 for Initial Case Management Conf. (Joint Statement due by 1/11/08).

Discovery Cut-Off _____ Expert Discovery Cut-Off _____

Plntf to Name Experts by _____ Deft to Name Experts by _____

P/T Conference Date_____ Trial Date_____ Set for ____ days
Type of Trial: ( ) Jury  ( ) Court
Notes: _____

CC: ADR/MED