E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GELLER INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HITOSHI NISHIKAWA and ASIA INTERNATIONAL, INC., <br><br> Defendants. | Case No. C 07-05159 MMC <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S APPLICATION FOR A PRELIMINARY INJUNCTION <br><br> (Civil L.R. 7-10; 65-1) <br><br> Date: November 14, 2007 <br> Time: 9:00 a.m. |
| AND RELATED COUNTERCLAIMS | |

Plaintiff moves for a Preliminary Injunction. Considering the moving memoranda and Defendants' opposition thereto, *and for the reasons stated on the record at the hearing,* Plaintiff's application for a Preliminary Injunction is granted whereby Defendants are:

1) enjoined from deleting or destroying or permitting anyone to delete or destroy any electronic files or folders under the e-mail address of hitoshinishikawa@sbcglobal.net.

2) enjoined from disclosing to any third party the content of any data taken from Plaintiff, including but not limited to from *the* Geller-issued laptop computer. Defendants are enjoined from transferring, sending or transmitting to any third party any files or electronic information belonging to Plaintiff.

3) enjoined from, directly or indirectly, using or disclosing any and all of Plaintiff's supplier, vendor and pricing information that he has in his possession or control.

4) directed to immediately return to Geller all electronic data (plus any hardcopies) *and* from any device, including but not limited to ~~from~~ the Geller-issued laptop and *and* not to access such data at any time in the future.

5)   Defendants and any other acting in concert with either of them are enjoined from, directly or indirectly, using or disclosing any and all confidential information regarding Plaintiff's customers or suppliers that Nishikawa obtained during the course of his relationship with Geller. Nothing in this Order shall preclude the Defendants from using or disclosing publicly available information regarding food customers.

MMC 6)   Further, nothing in this Order shall preclude the ~~employee~~ Defendants from soliciting business from suppliers or customers of Plaintiff as long as the employee or agents of Defendants do not use or disclose Plaintiff's confidential information while doing so; provided, they also comply with Paragraphs 2 and 3), above.

The Preliminary Injunction shall be in force pending completion of trial.

As ordered in the TRO, the parties may begin to conduct discovery following October 23, 2007.

IT IS SO ORDERED.

Dated: _____    _____
UNITED STATE DISTRICT JUDGE

---