# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Geller International, Inc, | 07-05159 MMC MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Nishikawa, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Robert Ebe**
Bingham McCutchen
3 Embarcadero Center
San Francisco, CA 94111
415-393-2138

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05159 MMC MED                                  - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: November 26, 2007

5  RICHARD W. WIEKING
   Clerk
6  by:    Claudia M. Forehand

7  

8  ADR Case Administrator
   415-522-2059
9  Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice of Appointment of Mediator**
07-05159 MMC MED                    - 2 -