DANIEL A. CROLEY (154386)
FUTTERMAN & DUPREE LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
dan@dfdlaw.com

*Attorneys for Plaintiff and Counter-Defendant*
*Geller International, Inc.*

DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
BARBARA L. HARRIS CHIANG (SBN 206892)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
cjh@dillinghammurphy.com
bhc@dillinghammurphy.com

*Attorneys for Defendants and Counterclaimants*
*Hitoshi Nishikawa And Asia International, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GELLER INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HITOSHI NISHIKAWA and ASIA INTERNATIONAL, INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. C 07-05159 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND DATE TO COMPLETE MEDIATION** |

1

      Plaintiff Geller International, Inc. ("Plaintiff" and Counter-Defendant) and Defendants Hitoshi Nishikawa and Asia International, Inc. ("Defendants and Counterclaimants"), by and through their respective counsel of record, file this Stipulation and Proposed Order to Continue the Date of the Initial Case Management Conference ("ICMC") and extend the deadline to complete Court-ordered mediation from February 12 to 15, 2008;

      WHEREAS, the Initial Case Management Conference is currently scheduled for January 18, 2008;

      WHEREAS, upon conclusion of the Preliminary Injunction hearing on November 14, 2007, the parties requested and the Court ordered the parties to mediation in accordance with ADR L.R. 6, with the deadline from completing the mediation being February 12, 2008;

      WHEREAS, on December 17, 2007 the parties participated in phone conference with Court-appointed mediator, Bob Ebe, Esq. Due to scheduling conflicts based on trial schedule of Defendants' and Counterclaimants' counsel, deposition and arbitration schedule of Mr. Ebe and the intervening holidays, the first available date for the parties and Mr. Ebe to complete the mediation is February 15, 2008 and all parties and Mr. Ebe have tentatively scheduled mediation for February 15, 2008 pending Court approval of this Stipulation.

      WHEREAS, the parties would like to complete the Mediation before the ICMC;

      WHEREAS, the parties have met and conferred and agreed to continue the ICMC to a date after the Mediation;

      WHEREAS, the next available hearing date for the ICMC for the court and counsel is March 21, 2008, at 10:30 am;

      WHEREAS, neither party will be prejudiced as a result of continuing the ICMC as requested;

      WHEREAS; the parties' agreement to continue the hearing date for the ICMC does not alter any other date of any event or any deadline already fixed by Court order, except for the dates that correspond with the ICMC (including serving initial disclosures, and preparing and filing the Joint Case Management Conference Statement).

GOOD CAUSE exists to continue the ICMC until March 21, 2008, at 10:30 a.m. and the parties may complete the mediation on or before February 15, 2008;

IT IS HEREBY STIPULATED between Plaintiff and Defendant that the Initial Case Management Conference be continued to March 21, 2008, at 10:30 a.m. and Court-order mediation is to be completed on or before February 15, 2008.

Dated: December _____, 2007   DILLINGHAM & MURPHY LLP

By _____/s/_____
Carla J. Hartley
Barbara L. Harris Chiang
*Attorneys for Defendant and Counterclaimants*
Hitoshi Nishikawa
Asia International, Inc.

Dated: December _____, 2007   FUTTERMAN & DUPREE LLP

By _____/s/_____
Daniel A. Croley
*Attorneys for Plaintiff* and *Counter-Defendant* Geller International, Inc.

## ORDER

IT IS ORDERED that the Case Management Conference in this matter be continued from January 18, 2008 to _____, at _____, and that all case management dates that correspond with the date of the Initial Case Management Conference are similarly continued. Court-order mediation is to be completed by February 15, 2008.

The Honorable Maxine M. Chesney