## UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Geller International, Inc, | No. C 07-05159 MMC MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Nishikawa, | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) ___Feb. 15, 2008___

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?   subject to court entry of stipulated permanent injunction

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: ___Feb. 19, 2008___        _____
                                    **Mediator, Robert Ebe**
                                    Bingham McCutchen
                                    3 Embarcadero Center
                                    San Francisco, CA 94111

**Certification of ADR Session**
1 -