*FUTTERMAN & DUPREE LLP*

FAX LOG

| Date | Page Count | Atty/Client | Matter # | To/From | Send/Receive | Initial |
|---|---|---|---|---|---|---|
| 2/25 | 2 | JM | — | Accuchek | S | JM |
| | 13 | CSR | | Burry | R | ST |
| | 3 | CSR | | Levin Simes | | |
| | 2 | MHD | 2957 | N. Yonano | S | ld |
| | 2 | MHD | 2957 | Arellano O'Neil | S | ld |

F:\Forms\Fax Log Sheet.doc